IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELTON VASSAR VANOVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-02565-SHL-cgc |
| ) | |
| WARDEN C. HARRISON, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE OR FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT AND DIRECTING CLERK TO MAIL FORM**

On June 3, 2025, Petitioner Shelton Vassar Vanover, Federal Bureau of Prisons identification number 21615-017, who is incarcerated at the Federal Correctional Institution in Memphis, Tennessee, Tennessee, filed a pro se petition under 28 U.S.C. § 2241.  (ECF No. 1.) But Petitioner has failed to pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a) or apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement.

Thus, Petitioner is **ORDERED** to either pay the five-dollar habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating his indigency and a certified inmate trust fund account statement for the last six months by **July 10, 2025**.[1]  The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this Order.

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least twenty-five dollars on the date his habeas petition was filed, an application to proceed in forma pauperis will be denied.

Petitioner is **ORDERED** to notify the Court immediately, in writing, of any change of address.  If Petitioner fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED** this 10th day of June, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
