IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHELTON VASSAR VANOVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02565-SHL-cgc |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
| Respondent. ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On June 3, 2025, Petitioner Shelton Vassar Vanover, Federal Bureau of Prisons identification number 21615-017, who is incarcerated at the Federal Correctional Institute in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 1.) Petitioner did not pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a), nor did he apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement for the last six months. On June 10, 2025, the Court ordered Petitioner to do one or the other. (ECF No. 4 at PageID 17–18.) The order warned Petitioner that a failure to comply by July 10 would result in dismissal of this action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b). (Id. at PageID 17.)

Petitioner ignored the order and instead filed a supplement to his § 2241 petition on July 14 to introduce "evidence in support of his writ of habeas corpus." (ECF No. 5 at PageID 19–21.) To date, Petitioner has not complied with the Court's June 10 order, and the time for compliance has long since expired. Thus, the Court **DISMISSES** the § 2241 petition **WITHOUT PREJUDICE** under Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED** this 21st day of August, 2025.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE