# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHELTON VASSAR VANOVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02565-SHL-cgc |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's petition under 28 U.S.C. § 2241 (ECF No. 1), filed June 3, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Without Prejudice for Failure to Prosecute (ECF No. 6), filed August 21, 2025, all of Petitioner's claims against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 21, 2025
Date